**SANDERS**
· LAW GROUP ·

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 5, 2023

*Via ECF*

Hon. Victor Marrero
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/8/23___
```

> Re:  *Banjo McLachlan v. Arzz International Inc.*
>     Case No: 1:23-cv-08357-VM

Dear Judge Marrero:

We represent Plaintiff Banjo McLachlan ("Plaintiff") in the above-captioned case. We write pursuant to Rule I.A of the Court's Individual Practices to inform the Court that the parties have reached a settlement in principle in this matter and are in the process of documenting and performing their settlement obligations. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in forty-five (45) days from the date of the order if the parties have not submitted their final stipulation of dismissal by such time.

Plaintiff also requests that the Court adjourn all dates, until such time as the final Dismissal is entered or, if not, until Plaintiff notifies the Court that the action should be reopened. Defendant consents to the requested relief.

Thank you for your consideration of this request.

```
Request GRANTED.  This action is hereby
stayed, and all deadlines suspended,
pending stipulation of dismissal.

SO ORDERED.
  12/08/23
_____      _____
   DATE            VICTOR MARRERO, U.S.D.J.
```

Respectfully submitted,

**SANDERS LAW GROUP**

*/s Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert, Esq.